AO 91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____Eastern_____     **DISTRICT OF**     _____Michigan_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| Delecia CARTER<br>DOB 12/01/83<br>19631 Justine St.<br>Detroit, MI. 48234 | Case Number: 05 - 80748 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief On or about    August 18, 2005    in   Wayne    County, in

the   Eastern    District of   Michigan    defendant(s) did,

*(Track Statutory Language of Offense)*
Did knowingly bring aliens into United States, and aided and abetted bringing of such aliens to United States, knowingly and in reckless disregard of fact that such aliens had not received prior official authorization to come to, enter or reside in United States and did so for purpose of private financial gain.

in violation of Title    8    United States Code, Section(s)    1324(a)(2) and (a)(2)(B)(ii)

I further state that I am a(n)    Special Agent
                                    Official Title
and that this complaint is based on the

following facts:

SEE ATTACHED AFFIDAVIT

F I L E D
AUG 1 8 2005
CLERK'S OFFICE
DETROIT

Continued on the attached sheet and made a part of this complaint:      Yes ☒   No ☐

Signature of Complainant

Christopher Hudson
Printed Name of Complainant

Sworn to before me and signed in my presence,

_____8/18/05_____
Date

at    DETROIT, MICHIGAN
City and State

MAGISTRATE JUDGE MONA K. MAJZOUB
Name and Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT

I, Christopher Hudson, being duly sworn, depose and state the following:

1. I am a Special Agent with Immigration and Customs Enforcement assigned to the Detroit, Michigan Office of Investigations and have been so employed since March 2003. From 2001 until my appointment as a Special Agent, I performed uniformed law enforcement duties as a Certified Michigan Police Officer. The following is based upon my personal investigation as well as statements from other individuals and fellow law enforcement officers.

2. On August 18, 2005, Delecia CARTER attempted to make entry into the United States via the Detroit/Windsor Tunnel at approximately 1:50 a.m. CARTER was driving a 2002 Cadillac Escalade, license plate # YLM 867. Customs & Border Protection Officer (CBPO) Everett met CARTER at primary inspection. CBPO Everett received a negative declaration from CARTER. CBPO Everett referred CARTERS' vehicle for a secondary inspection.

3. CBPO Salinas met CARTER at secondary inspection. CBPO Salinas instructed CARTER to leave her cell phone and keys inside of the vehicle. CARTER exited the vehicle and attempted to walk away with her cell phone and keys in hand. CBPO Salinas again instructed CARTER to leave her cell phone and keys inside the vehicle, at which CARTER complied. CBPO Salinas began inspection at the rear of the vehicle. Upon lowering the tailgate of the vehicle CBPO Salinas observed four Chinese females in the bed of the vehicle. CARTER and the four Chinese females were taken into custody without incident.

4. Special Agent Hudson witnessed by Special Agent Buloushi advised CARTER of her Miranda Rights. CARTER voluntarily waived her rights and agreed to talk. CARTER stated that she was approached by a Middle Eastern male in a bar in Canada on this night. The unidentified male stated that he would pay CARTER $4,000 U.S. Currency to smuggle the four Chinese females from Canada into the United States. CARTER agreed to smuggle the Chinese females and followed the unidentified male to a remote location. The unidentified male loaded the Chinese females in CARTERS' vehicle and CARTER departed for the border.

5. Based on the foregoing I believe there is probable cause that CARTER violated Title 8 United States Code Section(s) 1324(a)(2) and (a)(2)(B)(ii). CARTER did knowingly bring aliens into the United, and aided and abetted the bringing of such aliens to the United States with reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the united States, and did so for the purpose of private financial gain.

Christopher Hudson
Special Agent
Immigration & Customs Enforcement

Subscribed and sworn to before me
This 18th day of August 2005.

United States Magistrate Judge